## 64493. LOCKWOOD INC. v. CEDENO et al.

BIRDSONG, Judge.

In accordance with the reversal by the Supreme Court of our decision in this case at 164 Ga. App. 34 (295 SE2d 753), the decision is hereby vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

DECIDED JUNE 9, 1983.

*Meade Burns, Marjorie M. Rogers,* for appellant.
*Gilbert H. Dietch, Henry R. Bauer, Jr., Gerald B. Kline,* for appellees.